

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 10 2015

TYLER, TEXAS
PAM ESTES, CLERK

FILE COPY

RE: Case No. 15-0930                    DATE: 12/5/2015
    COA #: 12-14-00085-CV      TC#: 60,086-B
STYLE:  PEGGYE M. DAVIS, JAMES DAVIS, JAY DAVIS AND RICHARD L. RAY
   v.  COWBOYS RETAIL & WHOLESALE BEVERAGES DISTRIBUTION, LLC,
       KYLE GILLIN, AND GREAT AMERICAN TREATING, INC.

     A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.